UNITED STATES of America,
Plaintiff–Appellee,

v.

JUVENILE MALE, Defendant–
Appellant.

No. 07–30290.

United States Court of Appeals,
Ninth Circuit.

Aug. 8, 2011.

Richard A. Hosley, III, Esquire, USGF–Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Anthony R. Gallagher, Federal Public Defender, Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: STEPHEN REINHARDT, A. WALLACE TASHIMA, and M. MARGARET McKEOWN, Circuit Judges.

## ORDER

In light of the Supreme Court's decision in *United States v. Juvenile Male,* —— U.S. ——, 131 S.Ct. 2860, 180 L.Ed.2d 811 dated June 27, 2011, this appeal is DISMISSED as moot.